

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00310-CV

———————————————

IN RE LEWIS BROOKS MCKENZIE, PHD, Relator

———————————————

Original Proceeding
Tarrant County, Texas

———————————————

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's Emergency Petition for Writs of Mandamus and Prohibition and is of the opinion that relief should be denied. Accordingly, relator's petition is denied.[1]

Per Curiam

Delivered:  July 1, 2025

---

[1]Relator's Motion for Leave to File Emergency Writs of Mandamus and Prohibition is denied as moot.